**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NICOASHA NICHOLSON,

       Plaintiff,

vs.                                    Case No. 3:09-cv-1036-J-32JRK

STONELEIGH RECOVERY ASSOCIATES, LLC,

       Defendant.

_____

## ORDER

This matter having come before the Court on plaintiff's Notice Of Voluntary Dismissal

(Doc. 9), it is hereby

**ORDERED:**

This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs

and fees.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of April, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jl.
Copies to:
Counsel of Record